IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01582-RPM

CINDY BROOKS,

    Plaintiff,
v.

UNITED STATES POSTAL SERVICE a/k/a U. S. POST OFFICE,

    Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon review of the Motion to Amend Complaint [8] filed November 2, 2012, it is

ORDERED that the motion is granted and the amended complaint attached thereto is accepted for filing.

DATED: November 5th, 2012

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge