IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01582-RPM

CINDY BROOKS,

    Plaintiff,

v.

UNITED STATES individually and/or
d/b/a UNITED STATES POSTAL SERVICE and/or
a/k/a U. S. POST OFFICE,

    Defendants.

_____

ORDER VACATING PRETRIAL CONFERENCE AND DEADLINES
_____

    Pursuant to the Joint Notice of Settlement, filed August 14, 2014 [29], it is

    ORDERED that the pretrial conference set for August 20, 2014 and the proposed pretrial order deadline are vacated and counsel shall file dismissal papers by August 22, 2014.

    Dated: August 15th , 2014

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge