IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01582-RPM

CINDY BROOKS,

    Plaintiff,

v.

UNITED STATES individually and/or
d/b/a UNITED STATES POSTAL SERVICE and/or
a/k/a U. S. POST OFFICE,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal [31] filed August 20, 2014, it is

    ORDERED that this action is dismissed with prejudice, each part to bear their own attorney fees and costs.

    Dated: August 20th , 2014

                                BY THE COURT:

                                s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge